# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| 1. LARRY K. BURDICK, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. CIV-16-0804-F |
| 1. SEAGATE US, LLC, | ) ) | JURY TRIAL DEMANDED ATTORNEY LIEN CLAIMED |
| Defendant. | ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COME NOW** the Parties, and hereby stipulate and agree that, pursuant to Rule 41(a)(1)(A)(ii), the above-captioned matter be dismissed with prejudice against the filing of a future action thereon. Each party to bear their own fees and costs.

**RESPECTFULLY SUBMITTED THIS 8th DAY OF JUNE, 2017**.

                                                              s/ Leah M. Roper
Mark Hammons, OBA #3784
Amber L. Hurst, OBA # 21231
Leah M. Roper, OBA # 32107
325 Dean A. McGee Avenue
Oklahoma City, Oklahoma 73102
Telephone: (405) 235-6100
Facsimile: (405) 235-6111
leah@hammonslaw.com
*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

      A true copy of the foregoing was filed and served by use of this Court's ECF system of filing and service to the opposing counsel below listed on this 8TH day of June, 2017.

      Tony G. Puckett, OBA No. 13336
      Elizabeth Bowersox, OBA No. 30494
      McAfee & Taft A Professional Corporation
      Tenth Floor, Two Leadership Square
      Oklahoma City, Oklahoma 73102
      Telephone: (405) 235-9621
      Facsimile: (405) 235-0439
      tony.puckett@mcafeetaft.com
      elizabeth.bowersox@mcafeetaft.com

                                                s/ Leah M. Roper